Decisions on Petitions for Writs of Certiorari.

No. 444. BRILL *v.* PECKHAM MOTOR TRUCK AND WHEEL COMPANY. Second Circuit. Granted November 11, 1901. *Mr. Francis Rawle* and *Mr. Frederick P. Fish* for the petitioners. *Mr. Henry P. Wells* opposing.

---

No. 429. CITY OF AUSTIN *v.* BARTHOLOMEW AND NALLE, RECEIVERS. Fifth Circuit. Denied November 18, 1901. *Mr. S. R. Fisher* for the petitioner.

---

No. 458. CITY OF NEW ORLEANS *v.* JACKSON. Fifth Circuit. Denied November 18, 1901. (Mr. Justice White and Mr. Justice Peckham took no part in the decision of this application.) *Mr. Samuel L. Gilmore* for the petitioner. *Mr. J. D. Rouse, Mr. William Grant, Mr. Richard De Gray* and *Mr. H. M. Jordan* opposing.

---

No. 344. ZANE *v.* COUNTY OF HAMILTON, ILLINOIS. Seventh Circuit. Granted November 25, 1901. *Mr. George A. Sanders* for the petitioner. *Mr. J. M. Hamill* opposing.

---

No. 446. DWYER *v.* NIXON. Second Circuit. Denied November 25, 1901. *Mr. Louis Marshall* and *Mr. James M. Beck* for the petitioner. *Mr. William G. Low* opposing.

---

No. 448. STUBER *v.* LOUISVILLE AND NASHVILLE RAILROAD COMPANY. Sixth Circuit. Denied November 25, 1901. *Mr. Thomas B. Turley* and *Mr. Heber J. May* for the petitioner. *Mr. H. W. Bruce* opposing.

---

No. 450. AMERICAN ORDNANCE COMPANY *v.* DRIGGS-SEABURY GUN AND AMMUNITION COMPANY. Second Circuit. Denied No-